Marie L. Gumprecht, Respondent, v. Annie M. Smith, Appellant.—

Motion denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

HOME MORTGAGE INVESTMENT COMPANY OF NEW YORK, Appellant, v. BRENACK STEVEDORING COMPANY, INC., and Others, Defendants. WILLIAM J. MAHON, Receiver, Respondent.— Motion denied, without costs. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.